Gail LUCAS, Respondent,

v.

Michael LUCAS, Appellant.

No. WD 58925.

Missouri Court of Appeals,
Western District.

May 1, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 3, 2001.

Application for Transfer Denied
Oct. 22, 2001.

Appeal from the Circuit Court of Randolph County; Channing Blaeuer, Judge.

Michael Lucas, Moberly, MO, pro se.

Jill Renee Creed, Macon, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Jr., Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Michael Lucas appeals the circuit court's judgment to dissolve his marriage to Gail Lucas. We affirm the circuit court's judgment. Rule 84.16(b).